FILED

05/23/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0183

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0183

_____

IN THE MATTER OF:

S.L.,                                                                O R D E R

    A Youth in Need of Care.

_____

      Upon consideration of Appellant Mother's Motion for Extension of Time, and good cause appearing,

      Appellant Mother is hereby granted an extension of time until July 1, 2022, within which to prepare, filed, and serve the opening brief.

      No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
May 23 2022